IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, Plaintiff, | ) ) ) |
| vs. | ) Case No. 08-0014-01-CR-W-FJG |
| Sergio Daher-Rey, Defendant. | ) ) ) |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On October 8, 2010, defendant filed a motion for determination of competency (Doc. #67) which was granted by Chief United States Magistrate Judge Robert E. Larsen (Doc. #69, December 9, 2010). Judge Larsen held a hearing regarding defendant's mental competency on February 4, 2011, at which time the parties stipulated to the psychiatric evaluation (Doc. #70, January 25, 2011) by John H. Wisner, M.D.

Chief Magistrate Judge Larsen issued a report and recommendation (Doc. #75, February 9, 2011), finding defendant competent to stand trial and to assist in his defense. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to understand the nature and consequences of the proceedings against him and to properly assist in his own defense, and that he is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 03/22/11
Kansas City, Missouri